IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERTICAL COMPUTER SYSTEMS, INC., § § Plaintiff, § § v. § § INTERWOVEN, INC., § LG ELECTRONICS MOBILECOMM § U.S.A., INC., LG ELECTRONICS § INC., SAMSUNG ELECTRONICS CO., § LTD., SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § | Civil Action No. 2:10-cv-490 **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER REGARDING CERTAIN CLAIM CONSTRUCTION DEADLINES**

On this day came for consideration Plaintiff Vertical Computer Systems, Inc.'s ("Vertical") Unopposed Motion to Amend Docket Control Order Regarding Certain Claim Construction Deadlines. After considering the Motion and noting that it is unopposed, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion to Amend Docket Control Order Regarding Certain Claim Construction Deadlines is hereby GRANTED.

IT IF FURTHER ORDERED that the Docket Control Order is amended as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| P.R. 4-3 - Joint Claim Construction and Prehearing Statement | May 24, 2013 | June 7, 2013 |
| Discovery Deadline - Claim Construction Issues | June 3, 2013 | June 17, 2013 |
| P.R. 4-5(a) - Opening Claim Construction Brief | June 7, 2013 | June 21, 2013 |
| P.R. 4-5(b) - Responsive Claim Construction Brief | June 28, 2013 | July 12, 2013 |

| | | |
|---|---|---|
| P.R. 4-5(c) - Reply Claim Construction Brief | July 19, 2013 | August 2, 2013 |
| P.R. 4-5(d) - Joint Claim Construction Chart | August 6, 2013 | August 20, 2013 |

**So Ordered and Signed on this**

**May 28, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE